UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANTSY LABS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:21-cv-00358 |
| | ) |
| CONCORD MUSIC GROUP, INC., | ) |
| CONCORD COPYRIGHTS LONDON, | ) |
| LTD, A&GSYNC, INC., and | ) |
| DOES 1 TO 10, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

The Plaintiff has filed a Notice of Voluntary Dismissal. (Doc. No. 13) Accordingly, this action is **DISMISSED**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE